IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eris Evolution, LLC,<br>*Plaintiff*<br><br>v.<br><br>Vincent Bradley,<br>*in his official capacity as Chairman*<br>*of the New York State Liquor Authority,*<br>*Defendant* | Case No.: 1:22-CV-4616 (FB)(PK)<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff Eris Evolution, LLC hereby appeals the Court's November 8th, 2022 order denying its Motion for Preliminary Injunction (ECF No. 22) to the U.S. Court of Appeals for the Second Circuit.

Dated: Brooklyn, New York

    November 8th, 2022

Respectfully submitted,

    */s/Jonathan Corbett*

_____
Jonathan Corbett, Esq. (CA Bar #325608)
(*pro hac vice* granted)
CORBETT RIGHTS, P.C.
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
E-mail: jon@corbettrights.com
Phone: (310) 684-3870
FAX:  (310) 675-7080